# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2011

143371

MICHIGAN FIRST CREDIT UNION,
    Plaintiff/Counter-Defendant/Appellee,

v

BARBARA J. SMITH,
    Defendant/Counter-Plaintiff/Appellant,

and

SARAH TROUPE,
    Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC:  143371
COA:  296670
Oakland CC:  2007-082217-CZ

On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

h1017